IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**THOMAS BRUCE SHAKESPEAR**                                                           **PLAINTIFF**

**v.**                            **CASE NO. 3:10CV00176 BSM**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 28th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE